IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE DARBY | : | CIVIL ACTION |
|  | : | NO. 15-4207 |
| v. | : | |
|  | : | |
| TEMPLE UNIVERSITY | : | |

## **ORDER**

AND NOW, this 12th day of July, 2016, upon consideration of defendant Temple University's motion to dismiss plaintiff Maurice Darby's complaint (Dkt. No. 3) and plaintiff's response (Dkt. No. 6), and consistent with the accompanying Memorandum of Law, it is ORDERED that defendant's motion is GRANTED and plaintiff's claims are DISMISSED with leave to amend to the extent that plaintiff is able to allege sufficient facts upon which to state a claim.  Plaintiff may file an amended complaint, if any, on or before July 29th, 2016.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.