IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE DARBY | : | CIVIL ACTION |
| | : | NO. 15-4207 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | |

## **ORDER**

AND NOW, this 24th day of October, 2016, upon consideration of defendant Temple University's motion to dismiss plaintiff Maurice Darby's amended complaint, Dkt. No. 11, and plaintiff's response, Dkt. No. 12, and consistent with the accompanying Memorandum of Law, it is ORDERED that defendant's motion is GRANTED in part and DENIED in part as follows:

1. The motion is GRANTED with respect to plaintiff's claim of retaliation under Title VII in Count I ¶ 41 of the Amended Complaint. This claim is DISMISSED.

2. The motion is GRANTED with respect to plaintiff's claim for retaliation under the PFPO in Count III ¶ 49 of the Amended Complaint. This claim is DISMISSED.

3. The motion is DENIED with respect to all other claims in the Amended Complaint.

                                                  *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.