IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE DARBY, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 15-4207 |
| TEMPLE UNIVERSITY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 14th day of August, 2018, upon consideration of Defendant Temple University's Motion for Summary Judgment (Doc. No. 21), Plaintiff's Response in opposition (Doc. No. 26), Defendant's Reply in support (Doc. No. 27), and Plaintiff's Sur-Reply in opposition (Doc. No. 30), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's remaining claims (discrimination in violation of Title VII and the Philadelphia Fair Practices Ordinance, and retaliation in violation of the Family and Medical Leave Act) are **DISMISSED**. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**